O

# United States District Court
# Central District of California

| | |
|---|---|
| BONDED APPAREL, INC., <br><br> Plaintiff, <br><br> v. <br><br> R2D APPAREL, INC.; RABIN ARREHBORI; MRR2, INC.; REYMOND ARREHBORI; ROSS STORES, INC. d/b/a ROSS DRESS FOR LESS; BURLINGTON STORES, INC. d/b/a BURLINGTON COAT FACTORY; THE TJX COMPANIES, INC. d/b/a T.J. MAXX d/b/a MARSHALLS; DOES 1 through 110, inclusive; M.R.R. FABRIC, INC., <br><br> Defendants. | Case No. 2:15-cv-04406-ODW (JEM) <br><br> **ORDER DENYING PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS AS MOOT [55]** |

On October 19, 2015, Plaintiff Bonded Apparel, Inc. moved to dismiss Defendants MRR Fabric, Inc.'s counterclaims. (ECF No. 55.) On November 9, 2015, Defendant filed a timely First Amended Counterclaim. Fed. R. Civ. P. 15(a)(1); *see also* Fed. R. Civ. P. 15(a) advisory committee's notes ("Rule 15 [i]s the sole rule governing amendment of a pleading to add a counterclaim."). Because a motion to dismiss is moot once the pleading it attacks is superseded, *Bauer Bros. LLC v. Nike,*

*Inc.*, No. 09CV500-WQH-BGS, 2010 WL 4569893, at *2 (S.D. Cal. Nov. 5, 2010), Plaintiff's Motion to Dismiss is **DENIED** as moot, and without prejudice to refiling in response to Defendant's First Amended Counterclaims. (ECF No. 55.)

**IT IS SO ORDERED.**

November 10, 2015

_____
            **OTIS D. WRIGHT, II**
     **UNITED STATES DISTRICT JUDGE**