# United States District Court
# Central District of California

| | |
|---|---|
| BONDED APPAREL, INC., <br><br> Plaintiff, <br><br> v. <br><br> R2D APPAREL, INC., *et al.* <br><br> Defendants. | Case No. 2:15-cv-04406-ODW (JEM) <br><br> **ORDER CONTINUING ORDER TO SHOW CAUSE** |

In light of Plaintiff's response to the Court's Order to Show Cause (ECF No. 69), the Court hereby orders as follows:

1. Defendants Ross Stores, Inc. and The TJX Companies, Inc. are **dismissed** with prejudice;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2. On or before **May 31, 2016**, Plaintiff should either:

    a. File a motion to enforce the settlement agreement;

    b. Show cause as to why the Court should not dismiss with prejudice Plaintiff's claims against Defendants R2D Apparel, Inc., Rabin Arrehbori, MRR Fabrics, Inc., and Reymond Arrehbori.

**IT IS SO ORDERED.**

April 25, 2016

_____
           **OTIS D. WRIGHT, II**
     UNITED STATES DISTRICT JUDGE