JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| BONDED APPAREL, INC., | Case No. 2:15-cv-04406-ODW (JEM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| R2D APPAREL, INC.; RABIN ARREHBORI; MRR2, INC.; REYMOND ARREHBORI; ROSS STORES, INC. d/b/a ROSS DRESS FOR LESS; BURLINGTON STORES, INC. d/b/a BURLINGTON COAT FACTORY; THE TJX COMPANIES, INC. d/b/a T.J. MAXX d/b/a MARSHALLS; DOES 1 through 110, inclusive; M.R.R. FABRIC, INC., | |
| Defendants. | |

On June 18, 2015, Plaintiff Bonded Apparel, Inc. ("Plaintiff") filed a First Amended Complaint against various defendants, including Defendant M.R.R. Fabric, Inc. ("M.R.R."). (ECF No. 1.) On July 18, 2016, this Court granted Plaintiff's Motion to Enforce the Settlement Agreement against M.R.R. (ECF No. 74.)

/ / /

/ / /

/ / /

/ / /

/ / /

In accordance with that Order, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff shall recover from M.R.R. the sum of Forty-Four Thousand Three Hundred and Fifty Five Dollars ($44,355.00).

**IT IS SO ORDERED.**

July 18, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**